IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR294** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ALAIN DIAZ-ESPINOSA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Jeffrey L. Thomas, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Alain Diaz-Espinosa [38]. Since retained counsel, James Martin Davis, has entered an appearance for the defendant [37], the motion to withdraw [38] is granted. Jeffrey L. Thomas shall be deemed withdrawn as attorney of record and shall forthwith provide James Martin Davis with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 16th day of October, 2006.

                                                             BY THE COURT:

                                                             s/ F.A. Gossett
                                                            United States Magistrate Judge